UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SHERONA GEARY, Plaintiff :
v. :
FITNESS INTERNATIONAL, LLC, t/a :   Civil Action
"LA FITNESS", et al, Defendants :   No: _____
 :

DISCLOSURE STATEMENT FORM

Please check one box:

☑   The nongovernmental corporate party, Fitness International, LLC
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

May 12, 2017                               s/Norman W. Briggs
Date                                       Signature   Norman W. Briggs, Esquire

Counsel for: Defendant Fitness International, LLC, t/a "LA Fitness"

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.